IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RYAN HEIDEN                                                                          PLAINTIFF

v.                                              5:10CV00126JMM/JTK

ROBBIE FREAD                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 27th day of July, 2010.


_____
United States District Judge